UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT CR 06-277 PAM/AJB |
| Plaintiff, ) | |
| ) | (29 U.S.C. § 501(c)) |
| v. ) | |
| CATHERINE L. BRONSON, ) | |
| Defendant. ) | |

THE UNITED STATES GRAND JURY CHARGES:

### COUNT 1
Theft and Embezzlement from Labor Organization
29 U.S.C. § 501(c)

1. In 1996, defendant CATHERINE L. BRONSON, was a resident of Minnesota and secretary/treasurer of the Hotel Employees and Restaurant Employees International Union (HERE), Local 369. In 1997, Local 369 merged with Local 21, HERE. In April 1997, defendant BRONSON was hired by Local 21 as a business representative. She was later appointed to Local 21's executive board and became responsible for contract negotiations and employee grievances.

2. Local 369 and Local 21 were and are labor organizations covering employees of restaurants, hotels, health care facilities, and laundries in Rochester and Albert Lea, Minnesota.

3. From in or about July 1996 through in or about August 2004, in the State and District of Minnesota, the defendant, CATHERINE L. BRONSON,

SCANNED
SEP 08 2006
U.S. DISTRICT COURT MPLS

FILED SEP 7 2006
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED_____
DEPUTY CLERK'S INITIALS_____

U.S. v. CATHERINE L. BRONSON

did knowingly and wilfully embezzle, steal and convert to her own use, approximately $35,675.50 in monies, funds and property of her employer, Local 21, HERE, a labor organization engaged in an industry affecting commerce, in violation of Title 29, United States Code, Section 501(c).

                         A TRUE BILL

_____        _____
UNITED STATES ATTORNEY              FOREPERSON