UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 06-277(PAM/AJB)

United States of America,
       Plaintiff,

v.                                                ORDER

Catherine L. Bronson,
       Defendant.

This matter is before the Court upon the request of the Defendant for an adjustment in her home monitoring sentencing to change the length of the home monitoring system or permit her more and flexible hours.

IT IS HEREBY ORDERED that the Defendant's motion is granted. The Defendant is permitted to work up to 60 hours per week while on home monitoring.

Dated:  April  18,  2007                                     s/Paul A. Magnuson
                                                                            Paul A. Magnuson
                                                                             U.S. District Court Judge